UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:16-MJ-1054-BO

UNITED STATES OF AMERICA

Vs.

ORDER

ROBERT L. CALLAHAN, II

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to him at P.O. Box 272, Manakin-Sabot, VA 23103.

SO ORDERED.

9-16-16

_____
United States District Court Judge